IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **REINARD SMITH,**<br><br>　　　　*Plaintiff*,<br><br>　v.<br><br>**EFFLUENT RETRIEVAL SERVICES, INC., and JOHN BEAGLE.**<br><br>　　　　*Defendant*. | CIVIL ACTION<br>NO. 16-cv-00654 |

## ORDER

**AND NOW**, this 21st day of October, 2016, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 33), Plaintiff's Response (ECF No. 34), Defendants' Reply Memorandum (ECF No. 35), and Plaintiff's Sur-Reply (ECF No. 39), it is **ORDERED** that the Motion is **GRANTED**. Judgment is entered in favor of the Defendants. The Clerk of Court shall close this matter.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　*/s/ Gerald J. Pappert*
　　　　　　　　　　　　　　　　　　　　GERALD J. PAPPERT, J.